The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CORY CURTIS individually, on behalf of the Amazon 401(k) Savings Plan and on behalf of all similarly situated participants and beneficiaries of the Plan,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.; THE ADMINISTRATIVE COMMITTEE OF AMAZON.COM, INC. 401(k) SAVINGS PLAN; John and Jane Does 1-30 in their capacities as members of the Administrative Committee,<br><br>Defendants. | No. 2:24-cv-02164-RSM<br><br>STIPULATED MOTION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT, TO SET BRIEFING SCHEDULE, AND TO STAY INITIAL SCHEDULING DATES<br><br>NOTE ON MOTION CALENDAR:<br>February 13, 2025 |

Pursuant to Local Civil Rules 7(d)(1), 7(j) and 10(g), Plaintiff Cory Curtis ("Plaintiff") and Defendants Amazon.com, Inc., and The Administrative Committee of Amazon.com, Inc. 401(k) Savings Plan (collectively, "Amazon") hereby stipulate and agree to extend time for Amazon to respond to the Complaint, to set a briefing schedule on any response to the Complaint by motion, and to stay the initial scheduling dates, subject to the Court's approval.

1.  On December 30, 2024, Plaintiff initiated the above-captioned action against Amazon. Dkt. 1

2.  Plaintiff served the Summons and Complaint on Amazon's registered agent on January 23, 2025.  Dkt. 6.

STIPULATED MOTION TO EXTEND TIME
(2:24-cv-02164) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

3. Absent an extension, Amazon's deadline to respond to the Complaint is February 13, 2025. *See* Fed. R. Civ. P. 12(a)(1)(A)(i).

4. In order to accommodate Amazon's intention to respond to the Complaint by motion, the Parties agree and stipulate (subject to Court approval) as follows:

    a. Extend until March 24, 2025, the deadline for Amazon to respond to the Complaint.

    b. Amazon will note its motion in response to the Complaint for May 8, 2025.

    c. Plaintiff's response to the motion will be due on or before April 23, 2025.

    d. Amazon's reply in support of its motion will be due on or before May 8, 2025.

    e. Vacate the initial scheduling dates (Dkt. 5) to be reset after the Court rules on Amazon's response to the Complaint by motion.

5. Good cause exists for the Court to grant the requested relief to allow the parties the opportunity to test the viability of the Complaint allegations at the outset of the case, and to defer the discovery-related tasks associated with the initial scheduling dates until after the parties receive the Court's guidance on whether it will dismiss or narrow the scope of claims asserted in this matter.

6. The Parties have not sought or obtained any prior extensions of time in this matter.

IT IS SO STIPULATED.

STIPULATED MOTION TO EXTEND TIME
(2:24-cv-02164) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

DATED this 13th day of February, 2025.

| TERRELL MARSHALL LAW GROUP PLLC | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| By *s/ Jennifer Rust Murray* | By *s/ Kenneth E. Payson* |
| Jennifer Rust Murray, WSBA #36983 | Kenneth E. Payson, WSBA #26369 |
| Beth E. Terrell, WSBA #26759 | Theo Lesczynski, WSBA #59780 |
| 936 N 34th St., Ste. 300 | 920 Fifth Avenue, Suite 3300 |
| Seattle, WA 98103-8869 | Seattle, WA 98104-1610 |
| Telephone: (206) 816-6603 | Telephone: (206) 622-3150 |
| Fax: (206) 319-5450 | Fax: (206) 757-7700 |
| E-Mail: jmurray@terrellmarshall.com | E-mail: kenpayson@dwt.com |
| bterrell@terrellmarshall.com | theolesczynski@dwt.com |

THE SHARMAN LAW FIRM LLC

Paul Sharman, *(admitted pro hac vice)*
11175 Cicero Drive Ste 100
Alpharetta, GA 30022
Telephone: (678) 242-5297
Fax: (678) 802-2129
E-Mail: paul@sharman-law.com

*Attorneys for Plaintiff*

COVINGTON & BURLING LLP

Laura Flahive Wu
*(admitted pro hac vice)*
Robert Newman*
850 Tenth Street, NW
Washington, DC 20001
Telephone: (206) 662-5105
E-mail: lflahivewu@cov.com
rnewman@cov.com

William O'Neil*
Lelia A. Ledain*
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 841-1000
Email: woneil@cov.com
lledain@cov.com

*pro hac vice application pending*

*Attorneys for Defendants*

STIPULATED MOTION TO EXTEND TIME
(2:24-cv-02164) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

**ORDER**

For good cause show, the Court GRANTS the Parties' stipulated motion.

IT IS SO ORDERED this 14th day of February, 2025.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO EXTEND TIME
(2:24-cv-02164) - 4

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax