UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CORY CURTIS and JONATHAN TORRES, individually, on behalf of the Amazon 401(k) Savings Plan, and on behalf of all similarly situated participants and beneficiaries of the Plan,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES, LLC; 401(k) COMMITTEE; John and Jane Does 1-30 in their capacities as members of the 401(k) Committee,<br><br>Defendants. | No. 2:24-cv-02164-RSM<br><br>STIPULATED MOTION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO SECOND AMENDED COMPLAINT AND TO SET BRIEFING SCHEDULE<br><br>NOTE ON MOTION CALENDAR: April 21, 2025 |

Pursuant to Local Civil Rules 7(d)(1), 7(j) and 10(g), Plaintiffs Cory Curtis and Jonathan Torres (collectively, "Plaintiffs") and Defendants Amazon.com Services LLC and the 401(k) Committee (collectively, "Amazon") hereby stipulate and agree to extend the time for Amazon to respond to Plaintiffs' Second Amended Complaint and to set a briefing schedule on any response to the Second Amended Complaint by motion, subject to the Court's approval.

1.  On December 30, 2024, Plaintiff initiated the above-captioned action (the "Action") against Amazon.com, Inc. and the Administrative Committee of Amazon.com, Inc. 401(k) Savings Plan (collectively, "Former Defendants"). Dkt. 1

2.  Plaintiff served the Summons and Complaint on the Former Defendants' registered agent on January 23, 2025. Dkt. 6.

STIPULATED MOTION AND ORDER TO EXTEND TIME
(2:24-cv-02164) - 1

3.      The Court entered an order extending the deadline to respond to the Complaint on February 14, 2025.  Dkt. 15.

4.      Plaintiff filed a First Amended Complaint on March 3, 2025.  Dkt. 18.  Plaintiff's First Amended Complaint substituted Amazon for the Former Defendants as the defendants in the Action.

5.      Amazon filed a Motion to Dismiss Plaintiff's First Amended Complaint on March 24, 2025.  Dkt. 22.

6.      Plaintiff filed a Second Amended Complaint on April 14, 2025.  Dkt. 27.  Plaintiff's Second Amended Complaint added a new Plaintiff and asserted additional claims against Amazon.

7.      Absent an extension, Amazon's deadline to respond to the Second Amended Complaint is April 28, 2025.  *See* Fed. R. Civ. P. 15(a)(3).

8.      In order to accommodate Amazon's intention to respond to the Second Amended Complaint by motion, the Parties agree and stipulate (subject to Court approval) as follows:

   a. Extend until June 5, 2025, the deadline for Amazon to respond to the Second Amended Complaint.
   b. Amazon will note its motion in response to the Second Amended Complaint for July 18, 2025.
   c. Plaintiff's response to the motion will be due on or before July 3, 2025.
   d. Amazon's reply in support of its motion will be due on or before July 18, 2025.

9.      Good cause exists for the Court to grant the requested relief to allow the parties the opportunity to test the viability of the Second Amended Complaint's allegations at the outset of the case.

10.     Except for the extension request described above, the Parties have not sought or obtained any prior extensions of time in this matter.

IT IS SO STIPULATED.

STIPULATED MOTION AND ORDER TO EXTEND TIME
(2:24-cv-02164) - 2

DATED this 21st day of April, 2025.

| | |
|---|---|
| TERRELL MARSHALL LAW GROUP PLLC | DAVIS WRIGHT TREMAINE LLP |
| By s/ *Jennifer Rust Murray* | By s/ *Theo A. Lesczynski* |
|    Jennifer Rust Murray, WSBA #36983<br>   Beth E. Terrell, WSBA #26759<br>   936 N 34th St., Ste. 300<br>   Seattle, WA 98103-8869<br>   Telephone: (206) 816-6603<br>   Fax: (206) 319-5450<br>   E-Mail: jmurray@terrellmarshall.com<br>         bterrell@terrellmarshall.com |    Kenneth E. Payson, WSBA #26369<br>   Theo A. Lesczynski, WSBA #59780<br>   920 Fifth Avenue, Suite 3300<br>   Seattle, WA 98104-1610<br>   Telephone: (206) 622-3150<br>   Fax: (206) 757-7700<br>   E-mail: kenpayson@dwt.com<br>         theolesczynski@dwt.com |
| THE SHARMAN LAW FIRM LLC | COVINGTON & BURLING LLP |
| Paul Sharman, *Admitted Pro Hac Vice*<br>11175 Cicero Drive Ste 100<br>Alpharetta, GA 30022<br>Telephone: (678) 242-5297<br>Fax: (678) 802-2129<br>E-Mail: paul@sharman-law.com | Laura Flahive Wu*<br>Robert Newman*<br>850 Tenth Street, NW<br>Washington, DC 20001<br>Telephone: (206) 662-5105<br>E-mail: lflahivewu@cov.com<br>       rnewman@cov.com |
| *Attorneys for Plaintiffs* | William O'Neil*<br>Lelia A. Ledain*<br>620 Eighth Avenue<br>New York, NY 10018<br>Telephone: (212) 841-1000<br>Email: woneil@cov.com<br>       lledain@cov.com |
| | *admitted pro hac vice |
| | *Attorneys for Defendants* |

**ORDER**

For good cause show, the Court GRANTS the Parties' stipulated motion.

IT IS SO ORDERED this 24th day of April, 2025.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE